KATE M. ALBERT, ESQUIRE
Chermol & Fishman, LLC
11450 Bustleton Avenue
Philadelphia, PA 19116
T: (215) 464-7200
F: (215) 464-7224
Email: fdc@ssihelp.us
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

LUIS TAYLOR,

    Plaintiff,

v.

FRANK BISIGNANO,
Commissioner of Social Security,

    Defendant.

Civil Action No. 2:25-cv-00303-GMN-MDC

**ORDER**

## ORDER

AND NOW, having considered Plaintiff's unopposed Motion for Attorney's Fees, it is hereby ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of $7,051.52 and costs in the amount of $405.00. Subject to any offset under the Treasury Offset Program, payment of this award shall be made via the Law Offices of Chermol & Fishman, LLC. If EAJA fees and costs are not subject to any offset and an assignment is provided to SSA, the award shall be paid directly to the order of Kate Albert, Esquire. All payments in accordance with this order should be submitted via electronic funds transfer (EFT) and directed to the care of Plaintiff's attorney.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
11/12/25

Civ. Act. No. 2:25-cv-00303-GMN-MDC